Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com
Attorney for Defendants:
Aurora Loan Services and MERS

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON P. BROOKS AND ALISA R. BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC.; AXIOM FINANCIAL INCORPORATED; AURORA LOAN SERVICES; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JOHN DOES I and II, and JOHN DOES 3 through 10, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00531-GMN-RJJ<br><br>**ORDER GRANTING MOTION TO DISMISS FILED BY AURORA LOAN SERVICES AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

Defendants, Aurora Loan Services ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS" and collectively "Defendants"), by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Dismiss ("Motion") pursuant to Fed. R. Civ. P. 12(b)(6) on May 13, 2011 (Docket No. 13). The Docket Report indicates that a Response to the Motion was due by May 31, 2011. No Response has been filed.

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion for Summary Judgment was required to be filed with the Court and served within

- 1 -

fourteen days after service of the motion.  No Response and/or Opposition has been filed by the Plaintiff regarding this matter.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

  2.  The Court may grant the Motion to Dismiss for failure to follow local rules.  *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995).  Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.  The Court has considered these factors and finds that Plaintiff has received notice and has been given ample time to respond.

  IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Dismiss is GRANTED and Defendants, Mortgage Electronic Registration Systems, Inc. and Aurora Loan Services are hereby dismissed without prejudice.

  IT IS SO ORDERED this 1st day of June, 2011.

_____
Gloria M. Navarro
United States District Court

Respectfully submitted,

McCarthy & Holthus

By: /s/*Christopher M. Hunter*
  Christopher M. Hunter